UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:11-cr-366-T-30TBM

NICOLETTE LOISEL

**FORFEITURE MONEY JUDGMENT**

Before the Court is the United States' Motion for a Forfeiture Money Judgment (Doc. 149) against defendant Nicolette Loisel in the amount of $800,000, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Following a Jury trial, the defendant was convicted of conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 371, as charged in Count One of the Indictment. Doc. 136. Based on the evidence presented at trial and restated in the government's motion, the Court hereby finds that as a result of the crime of conviction, defendant Nicolette Loisel obtained $800,000 in criminal proceeds.

The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeit any property belonging to the defendant as a substitute asset in satisfaction of her money judgment.

Accordingly, it is hereby

ORDERED and ADJUDGED that the United States' Motion (Doc. 149) is GRANTED.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), Nicolette Loisel is jointly and severally liable to the United States of America with her co-conspirator, defendant Roger Lee Shoss, for a forfeiture money judgment in the amount of $800,000, representing the amount of proceeds she obtained as a result of the wire fraud conspiracy for which she was convicted in Count One.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek, up to the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 23, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-366.Loisel forfeit money judgment.wpd