UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:11-cr-366-T-30TBM

ROGER LEE SHOSS

**ORDER**

THIS CAUSE comes before the Court upon the United States' Motion for Reconsideration of Motion for Final Judgment of Forfeiture (Dkt. #206) and Bank of America, N.A.'s Response (Dkt. #213) thereto. Upon review and consideration, the Court determines that the Motion (Dkt. #206) should be denied.

Bank of America, N.A. has shown excusable neglect for not timely asserting its mortgage interest in the property. The property is in Texas, and Bank of America has a registered agent in Texas, but the Government mailed its notice to a Bank of America address in California. The Government found that address on the Mortgage Electronic Registration Systems (MERS) internet site.

The Government addressed its notice to the "Legal Department" at the California address. Unfortunately, the address was actually the Bank of America Customer Service address. By the time Bank of America files its petition to protect

its purchase money mortgage interest in the property, its thirty (30) days to do so had expired.

A finding of excusable neglect turns on equitable considerations. Here, the Government is not prejudiced by allowing the bank to assert its interest in the property (other than losing its windfall gain obtained by the entry of default, of course). The Government knew the bank's interest was from a purchase money mortgage, not from proceeds of the criminal activity. And allowing the bank's petition to proceed will not unduly delay the proceedings. The Government's notice was first sent in August of this year, 2012.

For the above reasons, it is therefore

ORDERED AND ADJUDGED that the United States' Motion for Reconsideration of Motion for Final Judgment of Forfeiture (Dkt. #206) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-366.reconsider 206.wpd