UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:11-cr-366-T-30TBM

ROGER LEE SHOSS

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' *Amended* Motion for a Final Judgment of Forfeiture (Dkt. #223) pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following real property:

> The real property, including all improvements thereon and appurtenances thereto, located at 139 Haversham Drive, Houston, Harris County, Texas, which is legally described as follows:
>
> The most Northerly 90 feet of Lot Nine (9), in Block Seven (7), of WHISPERING OAKS, SECTION THREE (3), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 66, Page 37 of the Map Records of Harris County, Texas.

1. On July 23, 2012, the Court entered a Forfeiture Money Judgment in the amount of $800,000 and Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Shoss in the Haversham Drive property. Doc and 150.

2. On August 9, 2012, defendant Shoss was sentenced and the forfeiture of the Haversham Drive property was included in the Judgment in a Criminal Case. Docs. 158 and 159.

3. The only individuals or entities known to have a potential interest in the Haversham Drive property are Xiao Ping Luo, Bank of America, N.A., and ASI Staffing, Inc. Between August 6, 2012 and August 10, 2012, the United States sent notices of this forfeiture action, via certified United States mail and first class mail, to all known potential claimants, in accordance with the requirements of 21 U.S.C. § 853(n). The notice instructed all known potential claimants to file a petition claiming a legal interest in the Haversham Drive property pursuant to the provisions of 21 U.S.C. § 853(n), within thirty (30) days of receipt of the notice, with the Clerk, United States District Court, Middle District of Florida, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

4. James E. Felman, Esquire, attorney for Xiao Ping Luo, returned the signed Acknowledgment of Receipt of Notice of Forfeiture. However, neither Mr. Felman nor Ms. Luo filed a petition claiming a legal interest in the Haversham Drive property.

In addition, a second notice was sent to Xiao Ping Luo, 139 Haversham Drive, Houston, Texas 77042, via first class mail and certified mail. The certified mail was returned to the United States, as "Unclaimed." The first class mail and the Acknowledgment of Receipt of Notice of Complaint for Forfeiture were not returned, and there is no indication that they were not received.

5. The certified return receipt for the Notice of Forfeiture was returned and signed by Chris Seeley, a representative for ASI Staffing, Inc. However, ASI

Staffing, Inc., failed to file a petition claiming a legal interest in the Haversham Drive property.

6. The certified return receipt for the Notice of Forfeiture was returned and signed by Arthur Simpson, a representative for Harris County Tax Assessor-Collector. However, the Tax Collector failed to file a petition claiming a legal interest in the Haversham Drive property.[1]

7. In accordance with 21 U.S.C. § 853(n)[2] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the real property on the official government website, www.forfeiture.gov, from July 24, 2012 through August 25, 2012. Doc. 164. The publication gave notice to all third parties with a legal interest in the real property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

8. On November 12, 2012, Bank of America, N.A. filed a Petition Claiming a Legal Interest in Property, claiming an interest in the Haversham Drive property by virtue of a promissory note in the amount of $332,000.00, dated April 20,

---

[1] Although the Harris County Tax Assessor-Collector failed to file a claim, the Government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale.

[2] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

2005, which was secured by a Deed of Trust dated April 20, 2005. Doc. 202, Exhibits "B" and "C."

9.  No person or entity, other than defendant Shoss, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, Xiao Ping Luo, Bank of America, N.A., ASI Staffing, Inc. and the Harris County Tax Collector, are known to have an interest in the Haversham Drive property. Only Bank of America, N.A., has filed a petition claiming an interest in the property, and the time for filing such petition has expired. Doc. 202.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #223) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the real property located at 139 Haversham Drive, Houston, Harris County, Texas is FORFEITED to the United States of America, subject to the interest of the Harris County Tax Assessor/Collector for any unpaid *ad valorem* taxes and assessments due and owing at the time of sale, and the interest of Bank of America, N.A., pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2). Bank of America, N.A. has a prior interest in the Haversham Drive property by virtue of a promissory note and Deed of Trust. Bank of America, N.A.'s lien rights under the Deed of Trust are superior and senior to those of the United States. Therefore, solely from the proceeds of the sale of the Property (to the extent that there are sufficient proceeds), after the deduction of the United States'

expenses relating to the seizure, maintenance, custody, publication, marketing, and sale of the Haversham Drive property, including any and all outstanding property taxes and interest due and owing the Harris County Tax Collector, Bank of America, N.A. is entitled to unpaid principal ($296,084.14), interest from August 1, 2012 to February 11, 2012 ($9,369.23), a County recording fee ($16.00), uncollected late charges ($298.59), other fees ($20.25), and an expedited payoff service fee ($30.00) totaling $305,818.21, and interest from February 11, 2013 to the date of sale at the per diem rate of $48.67. The United States will not be responsible for any additional late fees or charges other than those described above. Any remaining net proceeds of the sales, after the satisfaction of the priorities listed above, shall be forfeited to the United States.

Subject to the above interests, clear title to the Haversham Drive property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-366.forfeiture FJ 223.wpd